In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of THOMAS DICKSON, as Executor, etc., of JOSEPH D. EDDY, Deceased, and of the Intermediate Account of Proceedings of THOMAS DICKSON, as Surviving Partner of the Firm of DICKSON & EDDY. THOMAS DICKSON, Individually, and as Surviving Partner of the Firm of DICKSON & EDDY, Accountant, Appellant; SALLY D. EDDY and Others, Objectants, Respondents; SALLY H. EDDY and Others, Infant Objectants, Respondents; THOMAS DICKSON, as Executor, etc., of JOSEPH

D. EDDY, Deceased, Accountant, Respondent.— Decree affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Glennon, J., dissents and votes to reverse. Settle order on notice. [175 Misc. 1011.]